**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-10832
Summary Calendar

In the Matter of MARSHALL STEWART PHILLIPS, III,

Debtor.

HARVEY L. MORTON,

Appellant,

VERSUS

MARSHALL STEWART PHILLIPS, III; STEVE SCHNEIDER,

Appellees.

Appeal from the United States District Court
for the Northern District of Texas
(6:98-CV-25-C)

January 28, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED for the reasons given by the district court in its order dated June 12, 1998.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.